UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                   Case No.: 1:25−cr−00631
                                                      Honorable Heather K. McShain

Joel Gonzalez
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Arraignment held on 10/29/2025. Defendant consents to proceed before a Magistrate Judge in a Misdemeanor Case and requests jury trial. Defendant informed of the charge against him and the possible sentence/fine if convicted of the charge. Defendant acknowledged receipt of the Information; waived formal reading of Information; and, entered a plea of not guilty to the Information. Rule 16.1 (a) by 11/05/2025. Telephonic status hearing set for 12/01/2025 at 8:30 a.m. To participate in the telephonic status hearing, the dial−in number is 650−479−3207, access code 1808 98 4405#. Press # to bypass the Attendee ID number. The Government's unopposed oral motion to exclude time is granted. The time from 10/29/2025 through 12/01/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.